UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGEL IRIZARRY,

    Plaintiff,

v.                           Case No. 8:08-cv-2272-T-30MAP

RACETRAC PETROLEUM, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Voluntary Dismissal (Dkt. #37). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 30, 2009.

                                    JAMES S. MOODY, JR.
                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-2272.dismissal 37.wpd